**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00207-CV**
_____

**IN THE INTEREST OF A.M.H.**

**On Appeal from the 1st District Court**
**Jasper County, Texas**
**Trial Cause No. 38,879**

**MEMORANDUM OPINION**

Appellant A.E.H., the father of the minor child A.M.H., filed a motion to dismiss this appeal. This motion appears to be voluntarily made by Appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on August 25, 2021
Opinion Delivered August 26, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.

1